

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 9 2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JAN 1 9 2021

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Calvin Blair, 20 Cr. 342 (GBD)**

Dear Judge Daniels:

On December 18, 2020, defendant Calvin Blair filed a motion to dismiss the indictment in the above-referenced action. The Government's response is presently due on January 29, 2021. The parties are currently discussing a potential pretrial resolution in this case. In order to provide additional time for the parties to continue engaging in those discussions before any response to the defendant's motion is filed with the Court, the Government respectfully requests an adjournment of its deadline to respond to February 12, 2021. The defendant consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by: /s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

cc: Stephanie Carvlin (ECF)