UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CALVIN BLAIR,

    Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 2 2021

ORDER

20 Cr. 342-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The March 2, 2021 change of plea hearing is rescheduled from 10:30 a.m. to 1:00 p.m.

Dated: New York, New York
       February 22, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge