**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

-against-

CALVIN BLAIR,

                Defendant.

------------------------------------- x

ORDER

20 Cr. 342-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from June 29, 2021 to August 10, 2021 at 10:00 a.m.

Dated: New York, New York
      June 8, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge