UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

CALVIN BLAIR,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2021
```

ORDER

20 Cr. 342-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from August 10, 2021 to August 31, 2021 at 10:30 a.m.

Dated: New York, New York
August 3, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge